# IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF MISSOURI
## WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 07-00275-01-CR-W-NKL |
| | ) | |
| DANIEL WILLIAM TEAL, | ) | |
| | ) | |
| Defendant. | ) | |

## GOVERNMENT'S LIST OF EXHIBITS

Comes now the United States of America, by and through its undersigned attorneys, and files the attached list of exhibits which Government may offer at trial in its case-in-chief.

        Respectfully submitted,

        John F. Wood
        United States Attorney

By    */s/ Bruce Rhoades*
        Bruce Rhoades #88156 (AR)
        Assistant U.S. Attorney

        Charles Evans Whittaker Courthouse
        400 East 9th Street, Suite 5510
        Kansas City, Missouri 64106
        Telephone: (816) 426-3122

# CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing was delivered on March 4, 2008 to the CM-ECF system of the United States Court for the Western District of Missouri for electronic deliver to all counsel of record.

        Dan Hobart
        7 E. Gregory
        Kansas City, Missouri 64114

                */s/ Bruce Rhoades*

                Bruce Rhoades
                Assistant United States Attorney

# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 07-00275-CR-W-NKL |
| ) | |
| DANIEL WILLIAM TEAL, ) | |
| ) | |
| Defendant. ) | |

## **E X H I B I T S**

✓ = Offered & admitted without objection.  D.B. = Admitted, <u>de</u> <u>bene</u>.
X. = Offered & admitted over objection.  W.D. = Offered then withdrawn.
Ex. = Offered, but objected to and excluded.  Ltd. = Admitted for limited purpose.
N.O. = Marked but not offered.

| EXHIBIT NUMBER | ACTION TAKEN | DATE | TIME | DESCRIPTION |
|---|---|---|---|---|
| 1 | | | | PHOTOGRAPHS FROM 02/21/07 SEARCH WARRANT |
| 2 | | | | ENUMERATED ITEMS SEIZED AT SEARCH WARRANT |
| 3 | | | | RECORDS OF PRIOR CRIMINAL CONDUCT |
| 4 | | | | VARIOUS ATFE FIREARM EVALUATION REPORTS |
| 5 | | | | VARIOUS CHEMICAL ANALYSIS REPORTS |
| 6 | | | | SEARCH WARRANT, AFFIDAVIT, AND RETURN FROM 02/21/07 SEARCH WARRANT |

```
    I certify that I have this date _____ received from the Clerk,
    United States District Court, Western District of Missouri, the following
    numbered exhibits listed above, for which I hold myself responsible:
    _____

_____      _____
PRINTED NAME                              SIGNATURE
```

| EXHIBIT NUMBER | ACTION TAKEN | DATE | TIME | DESCRIPTION |
|---|---|---|---|---|
| 7 | | | | REPRESENTATIVE SAMPLES OF SEIZED DRUGS |
| 8 | | | | RECOVERED FIREARMS |
| 9 | | | | DVD OF STATEMENT BY DEFENDANT |
| 10 | | | | TRANSCRIPT OF DVD STATEMENT BY DEFENDANT |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |