**UNITED STATES DISTRICT COURT**
WESTERN DISTRICT OF MISSOURI
UNITED STATES COURTHOUSE
222 North John Q. Hammons Parkway
Springfield, Missouri 65806

**JAMES C. ENGLAND**  Office: (417) 865-3761
Chief Magistrate Judge  Fax: (417) 865-5730

<u>**AMENDED**</u>

March 6, 2008

TO: COUNSEL OF RECORD

    Re: March 17, 2008, Joint Criminal Jury Trial Docket

Dear Counsel:

    Judges Maughmer, Larsen and Hays have completed pretrial conferences for those cases presently scheduled for the March 17, 2008, Joint Criminal Jury Trial Docket. Based on the results of the pretrial conferences, the cases are scheduled and assigned for trial as follows:

<u>**WEEK OF MARCH 17, 2008**</u>

| | | | |
|---|---|---|---|
| 06-00298-06-CR-W-ODS | Gregory Esquivel | Smith | 5 days |
| -07 | Jeffrey W. Singleton | | 3/17/08 |
| -10 | Steven R. Dagnino | | |
| | Notes: **Attorneys/Defendants must be present at 8:00 a.m.** | | |
| | Morning Jury Selection at 8:30 a.m. | | |

| | | | |
|---|---|---|---|
| 07-00275-01-CR-W-NKL | Daniel Teal | Laughrey | 3 days |
| | | | 3/17/08 |
| | Notes: **Attorneys/Defendants must be present at 8:30 a.m.** | | |
| | Morning Jury Selection at 9:00 a.m. | | |

Counsel of Record

## WEEK OF MARCH 24, 2008

| | | | |
|---|---|---|---|
| 07-00421-01-CR-W-GAF | David Thibeaux | Fenner | 1 day 3/27/08 |

Notes: **Attorneys/Defendants must be present at 8:30 a.m.**
Morning Jury Selection at 9:00 a.m.

| | | | |
|---|---|---|---|
| 07-00102-02-CR-W-HFS | Spencer Holmes | Smith | 3days 3/24/08 |

Notes: **Attorneys/Defendants must be present at 8:30 a.m.**
Morning Jury Selection at 9:00 a.m.

| | | | |
|---|---|---|---|
| 06-00421-03-CR-W-DW | Scott MacDonald | Whipple | 4-4 ½ days 3/24/08 |

Notes: **Attorneys/Defendants must be present at 8:30 a.m.**
Morning Jury Selection at 9:00 a.m.

Please call the courtroom deputy for the assigned District Judge (see below) to get information regarding settings for pretrial conferences and jury selection.

Best regards.

Very truly yours,

*/s/ JAMES C. ENGLAND*
James C. England

JCE/mac

Counsel of Record

Courtroom Deputy Information:

| **DISTRICT JUDGE** | **COURTROOM DEPUTY** | **PHONE** |
|---|---|---|
| Dean Whipple | Yvonne Johnson | 816-512-5629 |
| Fernando J. Gaitan, Jr. | Rhonda Enss | 816-512-5644 |
| Ortrie D. Smith | Eva Will-Fees | 816-512-5659 |
| Gary A. Fenner | Tracy Diefenbach | 816-512-5674 |
| Nanette K. Laughrey | Renea Kanies | 816-512-5689 |
| Scott O. Wright | Kelly McIlvain | 816-512-5744 |
| Howard F. Sachs | Tina Duer | 816-512-5614 |