IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Criminal Action No. |
| | ) | 07-00275-01-CR-W-NKL |
| DANIEL W. TEAL, | ) | |
| | ) | |
| Defendant. | ) | |

**O R D E R**

Pursuant to the Report and Recommendation of United States Magistrate Judge Robert E.

Larsen, to which no objection has been filed, the pleas of guilty to Count One and Count Two of the

Indictment are accepted. Defendant is adjudged guilty of such offenses. Sentencing will be set by

subsequent order of the Court.

s/ NANETTE K. LAUGHREY
NANETTE K. LAUGHREY
United States District Judge

Kansas City, Missouri
April 1, 2008