**IN THE UNITED STATES DISTRICT COURT FOR THE**
**WESTERN DISTRICT OF MISSOURI**
**WESTERN DIVISION**

UNITED STATES OF AMERICA,    )
        )
    Plaintiff,    )
        )
    v.    )    No.  07-00275-01-CR-W-NKL
        )
DANIEL WILLIAM TEAL    )
        )
    Defendant.    )

## PRELIMINARY ORDER OF FORFEITURE

This matter is before the Court on the Motion of the United States for a Preliminary Order of Forfeiture. In Count Three of the Indictment in this case, the United States sought forfeiture of the following: $9,839.00 in United States currency pursuant to 21 U.S.C. § 853 on the basis that the property constitutes or was derived from proceeds the defendant obtained directly or indirectly as a result of the violations in Count One, was used, or intended to be used, in any manner or part, to commit and facilitate the commission of the violations in Count One.

On March 13, 2008, the defendant Daniel William Teal plead guilty to Counts One and Two of the Indictment, charging violations of 21 U.S.C. § 841 and 18 U.S.C. § 924, and to forfeit to the United States the property identified in Count Three.

The Court has determined, based upon the evidence set forth at the plea hearing, that the United States has established the requisite nexus between the property described herein and in Count Three of the Indictment and the offenses to which the defendant has plead guilty.

By virtue of the guilty plea, the United States is now entitled to a Preliminary Order of Forfeiture and to possession of the property pursuant to 21 U.S.C. § 853.

Accordingly, it is hereby ORDERED:

1.  Based upon the guilty plea and the criminal forfeiture count of the Indictment, the $9,839.00 in United States currency is hereby forfeited to the United States for disposition in accordance with the law, subject to the provisions of 21 U.S.C. § 853(n).

2.  Upon entry of this Order, the United States Attorney General or his designee is authorized to seize the above-described property in accordance with Fed. R. Crim. P. 32.2(b)(3).

3.  Pursuant to 21 U.S.C. § 853(n), the United States Marshals Service shall publish at least once for three successive weeks in a newspaper of general circulation, notice of this Order, notice of the United States' intent to dispose of the property in such manner as the Attorney General may direct, and notice that any person, other than the defendant Daniel William Teal, having or claiming a legal interest in the above-described property must file a petition with the Court (and serve a copy on Bruce Rhoades, Assistant United States Attorney), within thirty (30) days of the final publication of notice or of receipt of actual notice, whichever is earlier.

This notice shall state that the petition shall be for a hearing to adjudicate the validity of the petitioner's alleged interest in the property, shall be signed by the petitioner under penalty of perjury and shall set forth the nature and extent of the petitioner's right, title or interest in the forfeited property and any additional facts supporting the petitioner's claim and the relief sought.

The United States may also, to the extent practicable, provide direct written notice to any person known to have alleged an interest in the property that is the subject of this Preliminary Order of Forfeiture, as a substitute for published notice as to those persons so notified.

4.  Pursuant to Fed. R. Crim. P. 32.2(b)(3), this Preliminary Order of Forfeiture shall become final as to the defendant at the time of sentencing (or before if the defendant consents) and shall be made part of the sentence and included in the judgment.

5.  Upon adjudication of all third-party interests, this Court will enter a Final Order of

Forfeiture in which all interests will be addressed.


                                        s/ NANETTE K. LAUGHREY
                                        NANETTE K. LAUGHREY
                                        United States District Judge


Dated: April 22, 2008