UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| vs. | ) |
| DANIEL WILLIAM TEAL | ) Case No. 07-00275-01-CR-W-DGK |
| Defendant. | ) |

**ORDER MODIFYING CONDITIONS OF SUPERVISED RELEASE**

For good and sufficient cause, as shown by the U.S. Probation Office in its memorandum of June 7, 2021, and a hearing having been waived by defendant, it is hereby ORDERED that the following be added to the conditions of supervised release for Daniel William Teal:

**The defendant shall perform sixteen (16) hours of community service to be completed within 30 days of the date of the order.**

/s/ Greg Kays
_____
GREG KAYS
U.S. DISTRICT JUDGE

Dated at Kansas City, Missouri, this \_\_\_\_8th\_\_\_\_ day of \_\_\_\_June\_\_\_\_, 2021.