UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| vs. | ) | |
| DANIEL WILLIAM TEAL | ) | Case No. 07-00275-01-CR-W-DGK |
| | ) | |
| Defendant. | ) | |

**ORDER MODIFYING CONDITIONS OF SUPERVISED RELEASE**

For good and sufficient cause, as shown by the U.S. Probation Office in its memorandum of August 4, 2021, and a hearing having been waived by defendant, it is hereby ORDERED that the following be added to the conditions of supervised release for Daniel William Teal:

**The offender shall participate in a cognitive behavioral treatment program, as directed by the U.S. Probation Officer. Such programs may include group sessions led by a counselor, or participation in a program administered by the Probation Officer. The offender shall pay any associated costs as directed by the Probation Officer.**

/s/ Greg Kays
_____
GREG KAYS
U.S. DISTRICT JUDGE

Dated at Kansas City, Missouri, this _____5th_____ day of _____August_____ , 2021.