UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) |
| DANIEL WILLIAM TEAL | ) Case No. 07-00275-01-CR-W-DGK |
| Defendant. | ) ) ) |

### ORDER MODIFYING CONDITIONS OF SUPERVISED RELEASE

For good and sufficient cause, as shown by the U.S. Probation Office in its memorandum of November 12, 2021, and a hearing having been waived by defendant, it is hereby ORDERED that the following be added to the conditions of supervised release for Daniel William Teal:

**The defendant shall comply with the Western District of Missouri Offender Employment Guideline which may include participation in training, counseling, and/or daily job searching as directed by the probation officer. If not in compliance with the condition of supervision requiring full-time employment at a lawful occupation, the defendant may be required to perform up to 20 hours of community service per week until employed, as approved or directed by the probation officer.**

/s/ Greg Kays
GREG KAYS
U.S. DISTRICT JUDGE

Dated at Kansas City, Missouri, this \_\_\_\_16th\_\_\_\_ day of \_\_\_\_November\_\_\_\_, 2021.