UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) |
| DANIEL WILLIAM TEAL | ) Case No. 07-00275-01-CR-W-DGK |
| Defendant. | ) ) ) |

**ORDER MODIFYING CONDITIONS OF SUPERVISED RELEASE**

For good and sufficient cause, as shown by the U.S. Probation Office in its memorandum of April 13, 2023, and a hearing having been waived by defendant, it is hereby ORDERED that the following be added to the conditions of supervised release for Daniel William Teal:

**Provide the Probation Office with access to any requested financial information.**

**You will have no contact with Dawn Rounds by any means, including, but not limited to, in person, by phone, via computer, in writing or through a third party unless approved by the court or the probation officer.**

/s/ Greg Kays
GREG KAYS
U.S. DISTRICT JUDGE

Dated at Kansas City, Missouri, this 13th day of April, 2023.